**Steven EVANS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3185.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2012.

Neil Landeen, Yen, Pilch & Komadina, P.C., Phoenix, AZ, for Petitioner.

Alex P. Hontos, Department of Justice, Washington, DC, for Respondent.

## ON MOTION

### ORDER

Steven Evans moves for dismissal with prejudice pursuant to Fed. R.App. P. 42(b); \*

IT IS ORDERED THAT:

---

the practice of this court to dismiss with or without prejudice.

(1) The motion is granted.

(2) Each side shall bear its own costs.